## DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
United States District Court
Southern District of New York

Mag. Dkt. No. **22 Mj. 217**

USAO No. **2021R00296**

Date **3/24/2023**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint ☐ Removal Proceedings in

United States v. **Adebowale Adebiyi**

The Complaint/Rule 40 Affidavit was filed on **1/7/2022**

✓ U.S. Marshals please withdraw warrant

*[signature: Juliana M...]*
ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

**JULIANA MURRAY**
(print name if signature handwritten)

**SO ORDERED:**

DATE: **3/24/2023**

*[signature]*
UNITED STATES MAGISTRATE JUDGE