UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | ORDER |
| -v.- | : | 22 Mag. 217 (GWG) |
| ADEBOWALE ADEBIYI | : | |
| Defendant. | : | |

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

On or before September 30, 2026, the U.S. Attorney's Office shall file a response to the letter from defendant Adebowale Adebiyi dated September 8, 2026, and filed as Docket # 74.

SO ORDERED.

Dated: September 16, 2026
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge